## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Nina Khashan, et al., | ) |
| | ) |
| Plaintiffs, | ) CV-07-1640-PHX-ROS |
| vs. | ) **JUDGMENT** |
| | ) |
| Washington Mutual Bank, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

_____   **Jury Verdict.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X     **Decision by Court.**   This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

   IT IS THEREFORE ORDERED AND ADJUDGED that the Court having granted in part and denied in part the Motion to Dismiss, the federal claims – Counts 4 through 13 - are dismissed with prejudice. The remaining state-law claims - Counts 1 through 3 and 14 through 16 - are dismissed without prejudice and may be brought in state court. This case is hereby dismissed.

                                    Date: May 30, 2008

                                    RICHARD H. WEARE
                                    Clerk/DCE

                                     S/ L. Dixon
                                    (By) L. Dixon, Deputy Clerk

cc: all counsel